IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00268-BR

| UNITED STATES OF AMERICA | : |
| --- | --- |
| | : |
| v. | : |
| | : |
| BAKARI MAURICE TEACHEY | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on June 25, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), based upon the guilty Verdict as to violations of 18 U.S.C. §§ 922(g)(1) and 924, and all evidence of record;

AND WHEREAS, the Preliminary Order of Forfeiture preliminarily forfeited the defendant's interest in five firearms and 111 rounds of ammunition, including 19 rounds of spent 9mm ammunition;

AND WHEREAS, the government has advised the Court that it will not seek final forfeiture as to the 19 rounds of spent ammunition that are no longer in government custody, and as to one of the firearms listed in the Preliminary Order of Forfeiture which the government has determined to have been stolen at the time it was seized from the defendant;

AND WHEREAS, the government identified certain typographical errors in the serial numbers of two firearms as listed in the Preliminary Order of Forfeiture,

1

which the government corrected in the notice of forfeiture it published to the public regarding the property sought to be forfeited;

AND WHEREAS, the United States published notice of this forfeiture with the correct serial numbers of the firearms sought to be forfeited and the correct number of ammunition rounds to be forfeited at the www.forfeiture.gov website for at least 30 consecutive days, between June 7, 2019 and July 6, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's June 25, 2019 Preliminary Order of Forfeiture and/or described in the notice of forfeiture published by the government.

It is HEREBY ORDERED, ADJUDGED, and DECREED:

1. That the following property is hereby forfeited to the United States, and the Department of Justice, including the Bureau of Alcohol, Tobacco, Firearms and Explosives, is directed to dispose of the Subject Property according to law, including destruction:

    a. Make: Glock / Model: 19 Gen4 / Caliber: 9mm / Type: Semi-automatic handgun / Serial number: VKY272;

b. Make: Taurus / Model: 605 / Caliber: 357 / Type: Revolver handgun / Serial number: IU57122;

c. Make: Century Arms / Model:RAS47 / Caliber: 7.62X39 / Type: Semi-automatic rifle / Serial number: RAS47053656;

d. Make: Smith & Wesson / Model: M&P15 / Caliber: .223 / Type: Semi-automatic rifle / Serial number: SV84478;

e. (5) Rounds Blazer 9mm;

f. (2) Rounds WIN 9mm ammo;

g. (5) Rounds Tul ammo 9mm ammo;

h. (10) Rounds FC 9mm ammo;

i. (2) Rounds Hornady 9mm ammo;

j. (3) Rounds Remington Peters .357 magnum ammo

k. (1) Round GFL .357 ammo

l. (1) Round Midway .357 ammo

m. (20) Rounds Tul Ammo .223 caliber

n. (19) Rounds WMA .223 ammo

o. (23) Rounds of PMC .45 auto ammo

p. (1) Round of Federal .45 auto ammo.

This 11 March 2021.

_____
W. Earl Britt
Senior U.S. District Judge

3